RALPH SWANCK, Respondent, v. NORTHERN CENTRAL RAILWAY COMPANY, Appellant.

Swanck v. Northern Central Ry. Co., 170 App. Div. 928, affirmed.
(Argued January 30, 1918; decided February 15, 1918.)

APPEAL from a judgment, entered July 14, 1915, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which reversed an order of the court at a Trial Term, setting aside a verdict in favor of plaintiff and granting a new trial and directing reinstatement of the verdict for a modified amount in an action under the Federal Employers' Liability Act to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. Plaintiff was a brakeman. He alleged that while standing on top of a car in a moving train in the performance of his duty the cars behind were uncoupled and as the slack was taken out of the cars ahead of the cut by the head engine " the train jerked and jerked the car from under me and left me standing between the rails;" that he did not see any signal to the head engine to go ahead did not know that a cut was to be made at this time and did not have any knowledge of the starting of the head engine until after the jerk. He was knocked down by the following uncoupled cars and received the injuries complained of. It was shown that a rule of defendant required that trains at the station where the accident occurred should come·to a full stop before cutting off cars.

*Alexander S. Diven* for appellant.
*Mortimer L. Sullivan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, HOGAN, McLAUGHLIN and CRANE, JJ. Taking no part: CHASE, J.